CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER DILLON FRENCH,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, DEPUTY A. MUNETON, in his individual and official capacity, AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>  Defendants. | CASE NO. 2:19-cv-04734-JFW(JCx)<br>Assigned to the Honorable:<br>John F. Walter - Courtroom 7A<br>Magistrate Judge: Jacqueline Chooljian<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41**<br><br>Complaint Filed: May 30, 2019<br>Trial Date: May 5, 2020 |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

This matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: April 27, 2020        /s/ *John F. Walter*

  JOHN F. WALTER
  United States District Judge

1